IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **JAKALE E CHANDLER,** | : | |
| Petitioner, | : | |
| VS. | : | CIVIL NO. 3:23-CV-3-CDL-CHW |
| **SHERIFF JOHN Q WILLIAMS,** | : | |
| Respondent. | : | |

## ORDER

In accordance with the Court's previous orders and instructions, *pro se* Petitioner Jakale E. Chandler, an inmate currently confined in the Clarke County Jail in Athens, Georgia, has recast his Petition on the Court's standard form and submitted a copy of his prison trust fund account information that will be construed as a motion for leave to proceed *in forma pauperis* (ECF No. 8). A review of Petitioner's submissions reveals that he should be able to pre-pay the filing fee. Petitioner's prison trust fund account certification form shows that he has a current balance of $37.84 in his account. Mot. Proceed IFP 2, ECF No. 8. The filing fee required for a federal habeas corpus petition is only $5.00. Petitioner is therefore denied leave to proceed *in forma pauperis*, and he must pay the filing fee if he wishes to proceed with this case. If Petitioner's financial circumstances have changed and he no longer has funds to pay the amount required, Petitioner may file a renewed motion for leave to proceed *in forma pauperis* and explain in further detail why he cannot now pay the $5.00 filing fee. Petitioner should include an updated prison trust

fund account statement with any renewed motion for leave to proceed *in forma pauperis* that he files.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a renewed motion for leave to proceed *in forma pauperis*.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.**   Petitioner is also instructed to immediately notify the Court in writing of any change in his mailing address.   There will be no service of process in this case until further order of the Court.

**SO ORDERED**, this 14th day of March, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
